UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA, | No. 2:12-cv-2332 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MARK ENOS, et al., | |
| Defendants. | |

Plaintiff has filed a document entitled "Discovery Request." (ECF No. 24.) Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. See also December 12, 2013 Discovery and Scheduling Order (ECF No. 22 at 5).

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 24, 2013 discovery request will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of

////

////

1

1  sanctions, including, but not limited to, a recommendation that this action be dismissed.

2  Dated: January 15, 2014

4  /garz2332.411

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE