UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAUL GARZA,                                  No. 2:12-cv-2332 KJN P

    Plaintiff,

  v.

MARK ENOS, et al.,

    Defendants.                         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Raul Garza, CDCR # T-52507, a necessary and material witness in a settlement conference in this case on June 12, 2014, is confined in California State Prison-Sacramento (SAC), 100 Prison Road, Represa, California 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before U.S. Magistrate Judge Dale A. Drozd at the U.S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, June 12, 2014, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 8, 2014

                                                  KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

garz2332.841