KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Enos, Filippello, Gibb, Saradeth, and Ybarra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAUL GARZA,**<br><br>                               Plaintiff,<br><br>        v.<br><br>**MARK ENOS, et al.,**<br><br>                               Defendants. | No. 2:12-cv-02332 KJN<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Raul Garza and Defendants Enos, Filippello, Gibb, Saradeth, and Ybarra stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  June 12, 2014                           Respectfully submitted,

*/s/ Raul Garza*

Raul Garza
*Plaintiff Pro Se*

Dated:  June 12, 2014                           KAMALA D. HARRIS
                                                Attorney General of California
                                                CHRISTOPHER J. BECKER
                                                Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*
*Enos, Filippello, Gibb, Saradeth, and Ybarra*

IT IS HEREBY ORDERED that this action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  June 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2013310929
11371103.doc

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *Garza v. Enos, et al.*
No.:             2:12-cv-2332 KJN

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 18, 2014**, I served the attached

**STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**  [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Raul Garza (T52507)
California State Prison-Sacramento
P.O. Box 290066
Represa, CA  95671-0066
*In pro per*

I declare under penalty of perjury under the laws of the United States and the State of California the foregoing is true and correct and that this declaration was executed on June 18, 2014, at Sacramento, California.

|  L. Roche | */s/ L. Roche* |
|---|---|
| Declarant | Signature |

3

Stipulation and Order for Voluntary Dismissal with Prejudice  (2:12-cv-02332 KJN)